IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_Peter Espinoza_

*First Amendment*

**Complaint for Employment Discrimination**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _1:17-cv-04151-WFKLB_

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

-against-

_Apple Metro Inc_
_Mr. Frank P. Venice_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED
CLERK
2017 JUL 26 PM 1:02
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Peter Espinoza
   Street Address: 40-11 72 St - Apt # 2E
   City and County: Woodside, Queens
   State and Zip Code: New York, 11377
   Telephone Number: Cell # 917-930-5908 - Home - 718-457-8058
   E-mail Address: N/A

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Apple Metro Inc
   Job or Title (if known): Restaurant - AppleBees - Astoria
   Street Address: 38-01 35th Av. Astoria
   City and County: Queens, New York, 11101
   State and Zip Code:
   Telephone Number: 718-943-7404
   E-mail Address (if known): N/A

   Defendant No. 2
   Name: Mr: Frank P. Venice
   Job or Title (if known): EVP - CEO
   Street Address: 38-01 35th Av. Astoria
   City and County: Long Island City - Queens

State and Zip Code  Queens, N.Y.  11101
Telephone Number  718-943-7404
E-mail Address
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name  Apple Bee Metro Inc
Street Address  38-01 35th Av. Astoria
City and County  Long Island City,
State and Zip Code  Queens N.Y. 11101
Telephone Number  718-943-7404

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- ☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐ Other federal law *(specify the federal law)*: _____

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☒ Other acts *(specify)*: Age Descrimination

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) July 23, 2016

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☒ age. My year of birth is __1941__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

On July, 23, 2016, about 10:30 AM, Mr. Carlos Watson, call me to the office, "And he say Peter, please, sign this form, I ask why Peter, you are fired, I ask again the reason, he don't give me, proper explanation of any indication of my inability to do my job. I believe Mr. Watson (manager) can not explain the fact or mention, my age was the main reason I was fired. Mr. Carlos Watson never complained about my performed, durest my employment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 08-09-2016

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 03-07-2017.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Been fire, for no apparent reason, except, because my age, was devastating, humilliating, and created a lot the mental - phisical stress. I'm Asking for: $100,000, for exemplary & positive damages.

6

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26, 2017

Signature of Plaintiff

Printed Name of Plaintiff   Peter Espinoza

1/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

Espinoza
72nd Street, Apt 2C
Iside, NY 11377

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| e No. | EEOC Representative | Telephone No. |
|---|---|---|
| -03916 | Holly M. Woodyard, State & Local Program Manager | (212) 336-3643 |

C IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age nation in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your ust be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be e time limit for filing suit based on a claim under state law may be different.)

y Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** ou file suit may not be collectible.

On behalf of the Commission

Kevin J. Berry,
District Director

May 1, 2017
(Date Mailed)

es(s)

APPLE METRO, INC.
Attn: Frank P. Venice, EVP-CFO
38-01 35th Avenue
Long Island City, NY 11101